IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
**Plaintiff**

v.                                             CRIMINAL NO.: 25-013 (CVR)
                                                              25-012 (MAJ)

**JORGE FRADERA VIUST**
**Defendant**
_____/

## MOTION TO CONSOLIDATE CASES FOR SENTENCING PURPOSES.

The Defendant, **JORGE FRADERA VIUST**, by and through his undersigned Counsel respectfully files this Motion to Consolidate cases and in support thereof states as follows:

1. The undersigned Counsel was appointed to represent the defendant, Jorge Fradera Viust in **United States of America v. Burgos-Cambrelen**, 25-cr-00013-[CVR].

2. The Defendant had previously been indicted in Case **United States of America v. Jorge Fradera Viust**, 25-cr-00012-[MAJ]. While the defendant has not plead guilty in either case, there is a high likelihood of both cases being resolved by way of plea and thereby resulting in two separate sentencing hearings and an obligatory additional criminal history point.

3. The Defendant wishes to avoid the otherwise obligatory extra criminal history point by consolidating both cases in anticipation of one omnibus sentencing hearing.

4. All three interest parties, primarily the Defendant, the prosecutor, plus his respective attorney have had extensive discussions and collectively request the consolidation of both cases.

5. The Defendant, therefore, requests that **United States of America v. Jorge Fradera Viust**, 25-cr-00012-[MAJ] pending before **Hon. Maria Antongiorgi-Jordan.** be consolidated into **United States of America v. Burgos-Cambrelen**, 25-cr-00013-[CVR].

**WHEREFORE,** for the reasons set forth hereinabove, the Defendant requests that the Court grant this Motion for consolidation.

Respectfully Submitted,

**s/ *Richard O. Dansoh***
Richard O. Dansoh, Esq. LLM.
13727 SW 152 St. # 726,
Miami, Florida 33177
Tel: (305) 573-4444
Email: dansohlawfirm@gmail.com.

## CERTIFICATE OF SERVICE.

**I HEREBY CERTIFY,** on this 30th day of July 2025, I caused the forgoing Motion to be electronically filed with the Clerk of the Court using CM/ECF filing system, which will send notification of such filing to all of attorneys of record.

Respectfully Submitted,

*S/ Richard O. Dansoh*
Richard O. Dansoh, Esq.LLM.